UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SAMUEL I. COX, | Civil No. 19-1956 (JRT/DTS) |
| Plaintiff, | |
| v. | |
| COMMISSIONER OF DEPT. OF HUMAN SERVICES, et al., | ORDER |
| Defendants. | |

---

Samuel I. Cox, MSOP, 1111 Hwy 73, Moose Lake, MN 55767, *pro se* plaintiff.

Ali Patrick Afsharjavan, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1400, St. Paul, MN 55101-2131, for defendants.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated June 24, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss [Docket No. 21] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 10, 2020
at Minneapolis, Minnesota at 12:30 PM

                                                s/John R. Tunheim_____
                                                JOHN R. TUNHEIM
                                                Chief Judge
                                                United States District Court